THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT WILLNER, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, reversed upon the law and the facts and information dismissed. In our opinion there was no proof of any malicious mischief or evidence that justified a finding of actual damage caused by defendant within the scope of the information. Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ., concur.

FANNIE SCHWAID, Respondent, v. REUBEN SCHWAID, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

CORNELIUS J. SHERIDAN, as Administrator, etc., of ELIZABETH SHERIDAN, Deceased, Respondent, v. SEMKE BUS LINE, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

W. K. SMITH, Appellant, v. THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

W. K. SMITH, Appellant, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

LOUIS SOLOW and ETHEL SOLOW, His Wife, Respondents, v. PATSY ADILETTA, Appellant.— Judgment and order reversed upon the facts and a new trial granted, costs to abide the event, on the ground that the verdict is against the weight of the evidence. The record establishes to our satisfaction that at the time of the accident there was a police officer directing traffic at the point in question. He testified, among other things, that he warned plaintiff Ethel Solow not to cross in front of defendant's truck and the driver of the bus testified that he also told her not to cross until after the bus had gone on, but that in spite of these warnings she proceeded to cross and was injured by the truck. This testimony given by the policeman and the driver of the bus was not contradicted by said plaintiff upon the trial. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

FARRAR TILNEY, Respondent, v. JACOB A. LENHARDT, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

JACOB L. WOLLENBERG and LOUIS J. WOLLENBERG, Copartners in Business under the Firm Name and Style of WOLLENBERG & SON, Respondents, v. PEARL-WILLOUGHBY CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

STANLEY BOGART, Respondent, v. JAMES J. WALKER, Mayor of the City of New York, and Others, Appellants.— Motion for extension of time granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.